FILED

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court    2007 OCT 10 AM 11: 58

2007 OCT 11 A 11: 35    U.S. DISTRICT COURT

for the **Northern**     **DISTRICT OF**     **Alabama** OF ALABAMA

UNITED STATES OF AMERICA

V.

**Richard Allen Evans**

CRIMINAL NUMBER: *6:07-CR-0064-RDP-TMP*

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, **Richard Allen Evans**, defendant, have been informed that an (*indictment, ~~information, complaint~~*) is pending against me in the above designated cause. I wish to plead **Guilty** to the offense charged, to consent to the disposition of the case in the **Northern** District of **Alabama** in which I, **Richard Allen Evans**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: **9-4-07** 20___ at **Montgomery, AL**

**Evans**
(Defendant)

(Witness)

**D-W-Bostick**
(Counsel for Defendant)

**Clark Morris**
(Assistant United States Attorney)

TRUE COPY:

By: _____

Approved

**AUSA for Alice H. Martin**
United States Attorney for the
**Northern** District of
**Alabama**

**Clark Morris for Leura Canary**
United States Attorney for the
**Middle** District of
**Alabama**

SCANNED

FILED

2007 Mar-01  PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

AHM/MWW: MAR. 2007

GJ# 20

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD ALLEN EVANS | ) |

## I N D I C T M E N T

**COUNT TWO:** [18 U.S.C. § 2113(a)]

The Grand Jury charges:

On or about the 2nd day of October, 2006, in Walker County, within the Northern District of Alabama, the defendant

### RICHARD ALLEN EVANS,

knowingly, intentionally, and unlawfully, by force, violence and intimidation did take from the person and presence of another money belonging to and in the care, custody, control, management and possession of the Compass Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC) in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

/s/ electronic signature

FOREMAN OF THE GRAND JURY         ALICE H. MARTIN
                                  United States Attorney

                                  /s/ electronic signature

                                  MICHAEL W. WHISONANT
                                  Assistant United States Attorney



TRUE COPY:

By:

CLOSED

# U.S. District Court
# Northern District of Alabama (Jasper)
# CRIMINAL DOCKET FOR CASE #: 6:07-cr-00064-RDP-PWG All Defendants
# Internal Use Only

Case title: USA v. Evans

Date Filed: 02/28/2007
Date Terminated: 10/10/2007

Assigned to: Judge R David Proctor
Referred to: Magistrate Judge Paul W Greene

## Defendant

**Richard Allen Evans** (1)
*TERMINATED: 10/10/2007*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:2113(a)BANK ROBBERY BY FORCE OR VIOLENCE (1) | Rule 20 - Consent to transfer case |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| Felony | |

| **Complaints** | **Disposition** |
| --- | --- |

None

---

### Plaintiff

**USA**                                 represented by **Alice H Martin, US Attorney**
                                        US ATTORNEY'S OFFICE
                                        1801 4th Avenue North
                                        Birmingham, AL 35203-2101
                                        244-2001
                                        Email: alice.martin@usdoj.gov
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **US Marshal**
                                        UNITED STATES MARSHAL'S
                                        OFFICE
                                        Hugo Black Federal Courthouse,
                                        Room 240
                                        1729 5th Avenue North
                                        Birmingham, AL 35203
                                        205-731-1712
                                        Email: usms-aln-
                                        courts@usdoj.gov
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **US Probation**
                                        UNITED STATES PROBATION
                                        OFFICE
                                        1729 5th Avenue, North
                                        Birmingham, AL 35203
                                        278-2100
                                        Email:
                                        alnpdb_cmecf@alnp.uscourts.gov

                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Michael W Whisonant**
                                        US ATTORNEY'S OFFICE
                                        1801 4th Avenue North
                                        Birmingham, AL 35203-2101

244-2001
Email:
Mike.Whisonant@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2007 | ◯1 | INDICTMENT as to Richard Allen Evans (1) count(s) 1. (SDA ) Additional attachment(s) added on 3/5/2007 (SDA, ). (Entered: 03/01/2007) |
| 02/28/2007 | | (Court only) ***Location (LC) start as to Richard Allen Evans. (SDA ) (Entered: 03/01/2007) |
| 03/01/2007 | | (Court only) Arrest Warrant Issued by order of Judge T Michael Putnam as to Richard Allen Evans. (SDA ) (Entered: 03/01/2007) |
| 03/01/2007 | ◯ | Set Hearings as to Richard Allen Evans: Arraignment set for 3/15/2007 09:30 AM before US Magistrate Judge T Michael Putnam. (SDA ) (Entered: 03/01/2007) |
| 03/15/2007 | ◯ | Set Hearings as to Richard Allen Evans: Supplemental Arraignment set for 3/22/2007 09:30 AM before US Magistrate Judge T Michael Putnam. (SDA ) (Entered: 03/15/2007) |
| 10/10/2007 | ◯2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Middle District of Alabama Counts closed as to Richard Allen Evans (1) Count 1. (cm to MD/AL) (HBB, ) (Entered: 10/10/2007) |
| 10/10/2007 | ◯ | (Court only) ***Set Closed Flags as to Richard Allen Evans (HBB, ) (Entered: 10/10/2007) |

TRUE COPY:

By: _____