IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:06-cr-267-WKW |
| v. | ) | 2:07-cr-242-WKW |
| | ) | 2:07-cr-295-WKW |
| RICHARD A. EVANS, a/k/a | ) | 2:07-cr-305-WKW |
| RICHARD EVANS, a/k/a | ) | 2:07-cr-321-WKW |
| RICHARD ALLEN EVANS | ) | 2:07-cr-323-WKW |
| | ) | 2:07-cr-324-WKW |

**MOTION TO CONSOLIDATE PLEA HEARINGS**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this court to consolidate the change of plea hearings in the above-styled cases. As grounds for such motion, the government states as follows:

1. On November 16, 2006, defendant was indicted in the Middle District of Alabama for bank robbery in violation of Title 18, United States Code, Section 2113(a).

2. Defendant was interviewed by federal agents and admitted robbing banks in the Northern District of Alabama, the Middle District of Pennsylvania, the District of Colorado, and the Western District of New York.

3. Defendant further consented to have the bank robbery charges from the Northern District of Alabama, the Middle District of Pennsylvania, the District of Colorado, and the Western District of New York transferred to the Middle District of Alabama pursuant to Rule 20. Each of these districts has charged the defendant with bank robbery and transferred their cases to the Middle District of Alabama.

4. Defendant has filed a Notice of Intent to Change Plea in each of the

above-styled cases.

5. The government has drafted and the defendant has signed one plea agreement. Pursuant to such plea agreement, the defendant will plead guilty to all charges in the above-cited case numbers.

WHEREFORE, the government requests that the plea hearings in the above-styled cases be consolidated into one plea hearing.

Respectfully submitted, this the 9th day of January, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 2:06-cr-267-WKW |
| v. | ) | 2:07-cr-242-WKW |
| | ) | 2:07-cr-295-WKW |
| RICHARD A. EVANS, a/k/a | ) | 2:07-cr-305-WKW |
| RICHARD EVANS, a/k/a | ) | 2:07-cr-321-WKW |
| RICHARD ALLEN EVANS | ) | 2:07-cr-323-WKW |
| | ) | 2:07-cr-324-WKW |

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov