IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:06cr267-WKW |
| | ) | 2:07cr242-WKW |
| RICHARD A. EVANS, a/k/a | ) | 2:07cr295-WKW |
| RICHARD EVANS, a/k/a | ) | 2:07cr305-WKW |
| RICHARD ALLEN EVANS | ) | 2:07cr321-WKW |
| | ) | 2:07cr323-WKW |
| | ) | 2:07cr324-WKW |

## CONSENT

I hereby declare my intention to enter a plea of guilty in the above cases, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DATED this 15th of January, 2008.

_____
DEFENDANT

_____
COUNSEL